In the Matter of WESTCHESTER TITLE & TRUST COMPANY (Series 18-F). DAVEY TREE EXPERT COMPANY, INC., Appellant; EDWARD W. STITT, JR., et al., as Successor Trustees, Respondents. In the Matter of LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY (Issue 2-7855). DAVEY TREE EXPERT COMPANY, INC., Appellant; EDWARD W. STITT, JR., et al., as Successor Trustees, Respondents.—

Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.